

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00111-CV

Reginald **WILDER** II,
Appellant

v.

**TEXAS WORKFORCE COMMISSION,**
Appellee

# O R D E R

This court issued its mandate in this appeal on June 7, 2022. The next day, pro se Appellant Reginald Wilder II filed a document to "request the court to revise and reverse the judgment dated 7 June 2022."

This court's plenary power in appeal number 04-22-00111-CV has expired. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* R. 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

In is so **ORDERED** on this 14th day of June, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court